Rory L. GRIGGS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59157.

Missouri Court of Appeals,
Western District.

Feb. 13, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court April 2, 2002.

Andrew A. Schroeder, Assistant State Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane D. Crouse, Assistant Attorney General, Jefferson City, for respondent.

Before: SPINDEN, C.J., and LOWENSTEIN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Rory L. Griggs appeals from the circuit court's order overruling, after an evidentiary hearing, his Rule 29.15 motion for post-conviction relief. The appellant was convicted, after a jury trial in the Circuit Court of Buchanan County, of one count of statutory sodomy in the first degree, § 566.062, for which he was sentenced to sixteen years in the Missouri Department of Corrections.

Judgment affirmed. Rule 84.16(b).